IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY A. DAUM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOANNE B. BARNHART )<br>COMMISSIONER OF SOCIAL SECURITY )<br>ADMINISTRATION, )<br>)<br>Defendant. ) | Civil Action No. 06-1622<br>Judge Gary L. Lancaster<br>Magistrate Judge Lisa Pupo Lenihan |

ORDER

AND NOW, this 30th day of August, 2007, pursuant to agreement of the parties, **IT IS HEREBY ORDERED THAT THE ABOVE ACTION IS DISMISSED.**

GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE

cc:   counsel of record